```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DEBRA GELLER and GREG GELLER,

                        Plaintiffs,
                                                      MEMORANDUM OF
            -against-                                 DECISION AND ORDER
                                                      10-cv-170 (ADS)(ETB)
NORTH SHORE LONG ISLAND JEWISH
HEALTH SYSTEM and ANTHONY
DiFILIPPI,

                        Defendants.
----------------------------------------------------------X
```

**APPEARANCES:**

**Serrins & Associates, LLC**
*Attorneys for the plaintiffs*
233 Broadway, 18th Floor
New York, NY 10279
      By:    Alan G. Serrins, Esq.
                Ann B. Macadangdang, Esq., of Counsel

**Epstein Becker & Green, PC**
*Attorneys for the defendants*
250 Park Avenue
New York, NY 10177
      By:    Erin M. Carney, Esq.
                Traycee Ellen Klein, Esq., of Counsel

**SPATT, District Judge.**

On April 15, 2011, the plaintiffs Debra and Greg Geller filed the present objections to United States Magistrate Judge E. Thomas Boyle's Order dated April 8, 2011. The plaintiffs assert that, at a conference held before Judge Boyle on April 8, 2011, Judge Boyle denied the plaintiffs' motions (1) to compel the production of certain documents by the defendants, and (2) to extend the discovery deadline. The Court has reviewed Judge Boyle's written Order of April 8, 2011, and finds that it

does not appear to address either of these issues. In light of the plaintiffs' objections, the Court therefore respectfully requests that Judge Boyle issue a further order indicating whether these motions were in fact addressed at the April 8, 2011 conference, and if so, the outcome of and basis for the Court's resolution of the motions. Accordingly, the plaintiffs' objections to Judge Boyle's April 8, 2011 Order are denied without prejudice to renew.

**SO ORDERED.**

Dated: Central Islip, New York
June 18, 2011

                                              __/s/ Arthur D. Spatt_____
                                                   ARTHUR D. SPATT
                                             United States District Judge